```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13585
   DEBRA J RUCCI
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7199


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/30/07 and confirmed on 10/03/07.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  24000.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG         .00            .00             .00
WELLS FARGO OPERATIONS C   SECURED               .00            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED        22027.52            .00         6383.65
ECAST SETTLEMENT CORPORA   UNSECURED         4036.45            .00         1169.78
BANK ONE/CHASE             UNSECURED        26136.13            .00         7574.33
BANK ONE/CHASE             UNSECURED        11132.49            .00         3226.23
COMMERCE BANK              UNSECURED         5315.84            .00         1540.55
DISCOVER BANK              UNSECURED         9363.13            .00         2713.47
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED     OTHER          TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00     78011.56        .00       78011.56
PRINCIPAL PAID          .00          .00     22608.01        .00       22608.01
INTEREST PAID           .00          .00          .00        .00            .00
TOTAL PAID              .00          .00     22608.01        .00       22608.01
The Debtor's attorney, JOHN J LYNCH                     , was allowed $    3000.00
and was paid $   3000.00   direct and $      .00   through the plan.

The Trustee received $   1391.99 .

Refunds to the Debtor totaled $        .00 .

       Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 05/20/08                     /S/
                                    GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 13585 DEBRA J RUCCI